IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CASTRO, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-1867 OWW DLB (PC)<br><br>ORDER GRANTING FIRSTMOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #14)<br><br>(30) THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 22, 2008,  plaintiff filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the Findings and Recommendations.

　　　IT IS SO ORDERED.

　　　Dated:　 **October 28, 2008**　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE